**SO ORDERED.**

**SIGNED this 13 day of April, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| In re: Benjamin Q. Poland<br>Veronica D. Poland<br><br>Debtors. | No. 09-35838<br>Chapter 7 |

### ORDER

This case is before the court on a motion to redeem personal property pursuant to 11 U.S.C. § 722 and Fed. R. Bankr. P. 6008 filed by the Debtors on the 17th day of March, 2010. No opposition to the motion having been filed within the time provided, the motion is granted and the property shall be redeemed upon payment of $300.00 to Kay Jewelers within thirty days from entry of this order.

# # #

APPROVED FOR ENTRY BY:

 /s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for the Debtors
Mostoller, Stulberg, Whitfield & Allen
136 S. Illinois Ave., Suite 104
Oak Ridge, TN  37830
(865) 482-4466

BK62b

# CERTIFICATE OF NOTICE

```
District/off: 0649-3          User: weaverc              Page 1 of 1              Date Rcvd: Apr 13, 2010
Case: 09-35838                Form ID: pdfoM2Rd          Total Noticed: 11
```

The following entities were noticed by first class mail on Apr 15, 2010.
```
db          +Benjamin Q. Poland,   445 S. Kingston Ave.,   Rockwood, TN 37854-2600
jdb         +Veronica D. Poland,   121 Keylon Dr.,   Harriman, TN 37748-7814
cr           Bank of America, N.A.,   475 Cross Point Parkway,   P. O. Box 9000,   Getzville, NY  14068-9000
cr          +Bank of America, N.A.,   1587 N.E. Expressway,   Atlanta, GA 30329-2401
            +CT Corporation System,   Registered Agent for Sterling Jewelers,,   800 S Gay Street Ste 2021,
              Knoxville, TN 37929-9710
cr          +Heights Finance Corp.,   2322 N. gateway Ave.,   Harriman, TN 37748-8606
cr          +Regency Finance Co.,   10427 Kingston Pike,   Knoxville, TN 37922-3226
cr          +Sterling, Inc.,   dba Kay Jewelers,   965 Keynote Circle,   Brooklyn Hts., OH 44131-1829
cr          +Wells Fargo Auto Finance Inc.,   Stone & Hinds, P.C.,   507 Gay Street, SW, Suite 700,
              Knoxville, TN 37902-1502
cr           Y-12 Federal Credit Union,   c/o Thomas H. Dickenson,   P.O. Box 869,   Knoxville, TN  37901-0869
```
The following entities were noticed by electronic transmission on Apr 13, 2010.
```
8370603     +E-mail/Text: ebnsterling@weltman.com                        Kay Jewelers,   375 Ghent Rd,
              Akron, OH 44333-4600
                                                                                           TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*            +Sterling Inc,   dba Kay Jewelers,   965 Keynote Circle,   Brooklyn Hts, OH 44131-1829
                                                                                           TOTALS: 0, * 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2010**                    **Signature:**   *Joseph Speetjens*